## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JOAN AUFDERHEIDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CV940 TCM |
| ) | |
| FULTON STATE HOSPITAL, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon the filing of plaintiff's third amended complaint and supplements thereto.[1]

On July 13, 2011, the Court ordered plaintiff to file one, cogent, amended complaint in this action, on a court-form. In that Memorandum and Order, the Court gave very detailed instructions as to the filing of the amended complaint. Specifically, the Court noted that plaintiff's practice of filing numerous pleadings with supplemental claims and defendants made it very difficult for the Court to ascertain the proper claims or defendants in this action. Plaintiff was warned that

---

[1] Also before the Court is an extension of time to file the same. Because plaintiff has already filed the aforementioned documents, the motion for extension of time will be denied as moot.

her failure to file one, legible complaint, on a court-form, would result in a dismissal of this action, without prejudice.

Despite being so warned plaintiff has again filed numerous documents with the Court setting forth a plethora of claims and defendants, the majority of which are not contained on a court-form. Moreover, much of what has been filed is illegible and nonsensical. Rule 41(b) of the Federal Rules of Civil Procedure permits the Court to dismiss a case for failure to prosecute or to comply with a Court order. In light of plaintiff's failure to file one, cogent complaint, on a court-form, the Court will dismiss this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to file an amended complaint [Doc. #11] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that this case will be **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's July 13, 2011 Memorandum and Order.

A separate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 21st day of September, 2011.

/s/Jean C. Hamilton

JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE